UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CAR-FRESHNER CORPORATION and<br>JULIUS SÄMANN LTD., | §<br>§<br>§ | |
| Plaintiffs, | § | |
| v. | §<br>§ | Civil Action No. 5:19-cv-1388<br>(BKS/TWD) |
| ZUMIEZ INC., BORED TEENAGER LLC,<br>CASUAL INDUSTREES LLC, DIAMOND<br>SUPPLY COMPANY,<br>QPD INTERNATIONAL INC., and<br>THEHIGHANDMIGHTY LLC, | §<br>§<br>§<br>§<br>§<br>§ | |
| Defendants. | § | |

**DEFENDANT CASUAL INDUSTREES LLC'S**
**NOTICE OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

PLEASE TAKE NOTICE that Defendant Casual Industrees LLC will bring this motion for hearing before this Court on January 16, 2020, at 10:00 A.M. in the US District Court for the Northern District of New York located in the James M. Hanley Federal Building & U.S. Courthouse, 100 S. Clinton St., Syracuse, New York 13261.

Dated: December 10, 2019                Respectfully submitted,

/s/ *William T. Reid, IV*
William T. Reid, IV (NY 4487807)
REID COLLINS & TSAI LLP
8910 Seventh Avenue, Suite 410
New York, NY 10019
T: 212-344-5200
F: 212-344-5299
Email: wreid@reidcollins.com

*Attorneys for Defendant*
*Casual Industrees LLC*

2

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned certifies that on December 10, 2019, he caused the foregoing document to be filed using the electronic case file system of the Court, which will provide notification of this filing to all attorneys of this case who are registered ECF users.

/s/ *William T. Reid, IV*
William T. Reid, IV
