# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

**John M. Domurad**
Clerk of Court

**Daniel R. McAllister**
Chief Deputy



**James M. Hanley Federal Building**
P.O. Box 7367 100 S. Clinton Street
Syracuse NY 13261-7367
**(315) 234-8500**

January 27, 2020

**VIA E-MAIL & USPS**
Jenna L. Harris, Esq.
Ritholz Levy Fields, LLP
1221 6th Avenue North
Nashville, TN 37208

RE:   Car-Freshener Corporation, et al.  vs. Zumiez Inc., et al.
      NYND CASE NO. 5:19-cv-1388 (BKS/TWD)

Dear Attorney Harris

Please be advised that the above case was filed November 11, 2019, in the Northern District of New York.  You are directed to advise this Court in writing, **within fourteen (14) days** from the date of this Notice, if you will remain as counsel of record, and if so, your formal admission is required.

As of January 16, 2018, the Northern District of New York became a NextGen Court.  This means all attorneys MUST have an individual PACER account, and request admission via PACER.  If you will be seeking Permanent Admission, instructions can be found on our website at: http://www.nynd.uscourts.gov/sites/nynd/files/Permanent_Admission_Instructions.pdf.  If you will be seeking Pro Hac Vice Admission, instructions can be found by using the following link: http://www.nynd.uscourts.gov/sites/nynd/files/PHV_Admission_Instructions.pdf.  Otherwise, new counsel should file a notice of appearance as soon as possible.

The parties are advised that all future filings and inquiries should be made in accordance with the Local Rules of this Court, and that all documents filed with the Court shall contain the case number listed above.

Very Truly Yours,

JOHN M. DOMURAD, CLERK

*Patsy Harvey*
By: s/ Patsy Harvey, Deputy Clerk

cc:   Peter Fields, Esq. (via CM/ECF)
      Liza R. Magley, Esq. (via CM/ECF)
      Louis Orbach, Esq. (via CM/ECF)
      Kara Marie Steger, Esq. (via CM/ECF)
      William Thomas Reid, IV, Esq. (via CM/ECF)
       NDNY File