

One Lincoln Center | Syracuse, NY 13202-1355 | bsk.com

LOUIS ORBACH, ESQ.
orbachl@bsk.com
P: 315.218.8633
F: 315.218.8100

May 1, 2020

<u>VIA ELECTRONIC FILING</u>

Magistrate Judge Thérèse Wiley Dancks
U.S. Magistrate Judge
U.S. District Court, Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7346
Syracuse, NY 13261-7346

Re:   *CAR-FRESHNER Corporation, et al. v. Zumiez Inc., et al.*
       Civil Action No.: 5:19-cv-01388-BKS-TWD

Dear Magistrate Judge Dancks:

We write to submit this settlement status report to the Court, per the Court's text order (ECF No. 50).

The omission of which we wrote in our last status report (ECF No. 49) has been resolved.

Accordingly, on Monday we sent a finalized settlement agreement to Defendants' counsel for execution by their clients.  Casual Industrees LLC has executed the agreement and returned an executed copy to us.  We are waiting for the remaining Defendants to execute the agreement.

We hope to be able to report to the Court in the next few business days that the settlement agreement has been executed by all parties.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

*s/Louis Orbach*

Louis Orbach